### HARRELL *et al. v.* THE STATE.

LEWIS, J.   Whilst there was sufficient evidence to warrant a finding that the property alleged to have been stolen belonged to the prosecutor, there was not sufficient or satisfactory evidence that the parties accused knew this fact, or to show criminal intention on their part.   On the contrary, there was strong evidence to show that they took the property in the honest belief that it belonged to their father.   This being so, the verdict of guilty is not supported; and a new trial is more readily granted because the phraseology of the verdict itself strongly suggests that the jury were not satisfied of the guilt of the accused.

<em>Judgment reversed. All the Justices concurring.</em>

Submitted October 6, — Decided October 27, 1899.

Indictment for simple larceny.   Before Judge Smith.   Telfair superior court.   April term, 1899.

*D. C. McLennan* and *E. D. Graham,* for plaintiffs in error.
*John F. DeLacy, solicitor-general,* contra.

---

### BIRD *v.* THE STATE.

FISH, J.   No error of law was complained of; the evidence warranted the verdict, and the trial judge properly refused to grant a new trial.          *Judgment affirmed. All the Justices concurring.*

Argued October 16, — Decided October 27, 1899.

Indictment for larceny from the house.   Before Judge Reagan.   Monroe superior court.   August term, 1899.

*Persons & Persons,* for plaintiff in error.
*O. H. B. Bloodworth, solicitor-general,* contra.